No. 99–732.  WEBER v. STRIPPIT, INC., ET AL.  C. A. 8th Cir. Certiorari denied.

No. 99–733.  BEVERLY ENTERPRISES, INC., ET AL. v. TRUMP ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–735.  SHIPLETT v. NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK.  C. A. 6th Cir.  Certiorari denied.

No. 99–737.  MOSLEY v. HALTER MARINE GROUP.  C. A. 5th Cir.  Certiorari denied.

No. 99–740.  PHILLIPS v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 99–743.  MCBURNEY v. JEREMIAH.  Sup. Ct. R. I.  Certiorari denied.

No. 99–745.  SCANLON v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 99–749.  LOT$OFF CORP. v. CHASE MANHATTAN BANK, N. A.  C. A. 5th Cir.  Certiorari denied.

No. 99–750.  TAKAHASHI v. PHILLIPS ET AL.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 99–752.  PENNSYLVANIA v. COLLAZO.  Super. Ct. Pa.  Certiorari denied.

No. 99–753.  ABBOTT LABORATORIES v. GENEVA PHARMACEUTICALS, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 99–754.  FORMAN v. REGAL INSURANCE CO.  Sup. Ct. Va.  Certiorari denied.

No. 99–755.  SNYDER v. O'BANNON, GOVERNOR AND CHIEF EXECUTIVE OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 99–759.  ROACH v. ROACH.  Ct. App. Ga.  Certiorari denied.